# 19-11044

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee

v.

**MICHAEL KYLE SEWELL,**
Defendant-Appellant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:19-CR-137-O

**UNOPPOSED MOTION TO DISMISS AND, ALTERNATIVELY,
FOR AN EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF**

The United States respectfully requests that this Court dismiss Sewell's appeal because the district court has corrected the clerical error, which is the sole basis for the appeal. Sewell is unopposed.

The only issue Sewell raises in his appellant's brief is whether the district court erred by imposing an "out-of-date" standard condition of supervised release prohibiting Sewell from frequenting places where controlled substances are illegally sold, used, distributed or administered. (*See* ROA.69; *see generally*

**Unopposed Motion to Dismiss—Page 1**

Brief at 6–13.) The government's review of the record suggested that the district court intended to impose the current standard conditions of supervised release—not outdated standard conditions that no longer are listed in USSG § 5D1.3(c). (*See* ROA.155.) Thus, the government moved to remand the case to the district court for the limited purpose of allowing the government to move under Federal Rule of Criminal Procedure 36 to correct the potential clerical error.

On June 22, 2020, this Court granted that motion and remanded the case to the district court. (*See* June 22, 2020 Order.) The government filed a motion in the district court to correct the potential clerical error. (*See* N.D. Tex. Case No. 4:19-CR-137-O, Dkt. No. 59.) On June 25, 2020, the district court entered an amended judgment correcting the clerical error by striking the challenged condition of supervised release and reentering the judgment as modified. (*See* N.D. Tex. Case No. 4:19-CR-137-O, Dkt. Nos. 60, 61.)

Because the district court corrected the error that formed the sole basis for Sewell's appeal, this Court should dismiss that appeal as moot. Sewell is unopposed to this relief. If the Court denies the motion, the government asks that it receive a new briefing deadline that is 30 days from the date on which this Court issues the order on this motion.

Respectfully submitted,

Erin Nealy Cox
United States Attorney

*/s/ Emily Falconer*
Emily B. Falconer
Assistant United States Attorney
Texas Bar No. 24069694
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8822
Emily.falconer@usdoj.gov

Attorneys for Appellee

## CERTIFICATE OF CONFERENCE

I conferred with T.W. Brown, counsel for Sewell, and he is unopposed to this motion.

*/s/ Emily B. Falconer*
Emily B. Falconer

## CERTIFICATE OF SERVICE

I certify that on June 25, 2020, this motion was served on T.W. Brow, counsel for Sewell, and that (1) any required privacy redactions have been made; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Emily B. Falconer*
Emily B. Falconer

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 296 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

                                          */s/ Emily B. Falconer*
                                          Emily B. Falconer